UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MARTIN,<br>Petitioner,<br>v.<br>WARDEN SHERMAN,<br>Respondent. | Case No. 2:19-cv-09080-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: December 6, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE